IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| WATER ENGINEERING, INC., a Foreign Corporation; | 8:19CV327 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| BIG OX ENERGY-SIOUXLAND, LLC and BIG OX ENERGY, LLC, | |
| Defendants. | |

The Court, having received Plaintiff's Motion for Debtors' Examination ([Filing No. 26](#)), hereby finds that the Motion should be granted, and that Defendants Big Ox Energy-Siouxland, LLC and Big Ox Energy, LLC, shall appear and answer questions concerning their property and assets.

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Debtors' Examination ([Filing No. 26](#)) is granted.

2. Defendants shall appear through their corporate representatives, Robert Ernst and Chad Kane, at 10:00 a.m., on February 26, 2020 in Courtroom No. 7, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska, to answer questions concerning Big Ox Energy-Siouxland, LLC's and Big Ox Energy, LLC's property and assets.

3. No later than January 27, 2020, Plaintiff's counsel shall serve a copy of this Order on Defendants, in accordance with the Federal Rules of Civil Procedure, and thereafter file a certificate of service with the Court.

Dated this 13th day of January, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge